**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 05-CV-00663 -RPM**

Steve Stumbo,

Plaintiff,

v.

Ameristep Corporation

Defendant.

AND

**Civil Action No. 05-CV-00664-RPM**

Steve Stumbo,

Plaintiff,

v.

Eastman Outdoors, Inc.

Defendant.

---

**MOTION FOR ISSUANCE OF PLAINTIFF'S PROTECTIVE ORDER**

---

COMES NOW Plaintiff, Steve Stumbo, by and through his attorneys Fischer & Fischer, LLP and hereby moves this Court for issuance of Plaintiffs' Protective Order and states as follows:

1. Pursuant to the Amended Scheduling Order, the parties are to submit a proposed Protective Order on October 28, 2005. Unfortunately, the parties are unable to agree upon a Joint Proposed Protective Order. However, the parties are essentially in agreement with most provisions of the attached Proposed Protective Order. Defendants have objected to certain provisions in

paragraphs 4 and 5, particularly the provision of the "Attorneys Eyes Only" documents (i.e., the Settlement Agreement entered between Plaintiff and Defendant Double Bull), for Counsel and their experts limited use relating to damages and standing. Defendant has indicated they do not agree with limiting their use of the Settlement Agreement.

2. As a possible resolution, Plaintiff offered the following language, "In the event a party intends to use the Attorney Eyes Only information for purposes other than standing and damages, that parties' counsel shall informally attempt to resolve such issue. If the parties are unable to resolve it informally, the party that intends to use such information for purposes other than standing or damages may file a motion with the Court, which must be filed under seal, for the Court's determination." Defendants do not agree with the proposed language.

WHEREFORE, Plaintiff respectfully requests the Court to issue Plaintiff's Proposed Protective Order in its current form. The Proposed Protective Order provides the appropriate protection for sensitive, proprietary and confidential information which may, without such protection, provide competitive advantage to Defendants.

DATED this 28th day of October, 2005.

        Respectfully submitted,

        *Fischer & Fischer, LLP*

        s/ Walter A. Winslow
        Walter A. Winslow, #34783
        FISCHER & FISCHER, LLP.
        125 South Howes, Suite 900
        Fort Collins, CO  80521
        Telephone: (970) 482-4710
        Facsimile: (970) 482-4729

**CERTIFICATE OF MAILING**

I hereby certify that on this 28th day of October, 2005, I hand delivered a true and correct copy of the foregoing **MOTION FOR ISSUANCE OF PLAINTIFF'S PROTECTIVE ORDER**, addressed to the following:

Lee F. Johnston
Kristin Baker-White
Holland & Hart, LLP
555 17th Street, Suite 3200
Denver, CO 80202

Barbara L. Mandell
Honigman, Miller, Schwartz & Cohn, LLP
32270 Telegraph Road, Suite 225
Bingham Farms, MI 48025

Marshall G. MacFarlane
Young & Basile, P.C.
2001 Commonwealth Blvd., Suite 301
Ann Arbor, MI 48105-1562

s/ Lisa McClain
s/ Lisa McClain
For Fischer & Fischer, LLP

3