IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 9 2006

GREGORY C. LANGHAM
CLERK

**Civil Action No. 05-cv-00664-RPM**

Steve Stumbo,

    Plaintiff,

v.

Eastman Outdoors, Inc.,

    Defendant,

and

**Civil Action No. 05-cv-00663-RPM**

Steve Stumbo,

    Plaintiff,

v.

Ameristep Corporation,

    Defendant.

---

### ORDER GRANTING JOINT MOTION OF ALL PARTIES TO STAY AMENDED SCHEDULING ORDER CUT-OFF DATES PENDING RESOLUTION OF SUMMARY JUDGMENT MOTIONS

SO ORDERED.

Dated: 6-9-06

Honorable Richard P. Matsch
U.S. District Court Judge

BH01\635132.1
ID\BLG

1